1
2
3
4
5
6  **UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**
8
| VAL DAY, et al., | 2:12-CV-577 JCM (CWH) |
| --- | --- |
| Plaintiff(s), | |
| v. | |
| FORMAN AUTOMOTIVE GROUP, et al., | |
| Defendant(s). | |

15 **ORDER**

16   Presently before the court are defendant Forman Automotive, Inc.'s emergency motions for leave to file replies to plaintiffs Lance Carr, Val Day, John Richards' responses to its motions for summary judgment. (Docs. # 48, 49, & 50). Defendant seeks a four-day extension. Plaintiffs have not responded.

20   Counsel for defendant represents that she cannot meet the deadline because of an unforeseen calendar conflict and an urgent business matter. Counsel attempted to stipulate to a brief extension with opposing counsel but did not receive a response. On this basis, defendant's counsel requests a brief extension of time.

24   Good cause for a brief extension being shown,

25   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Forman Automotive, Inc.'s motions for leave to file replies to plaintiffs Lance Carr, Val Day, John Richards' responses to its motions for summary judgment (docs. # 48, 49, & 50) be, and the same hereby are,

28

**James C. Mahan**
**U.S. District Judge**

GRANTED.

IT IS FURTHER ORDERED that defendant **shall have up to, and including, July 15, 2013**, in which to file replies to plaintiffs' responses.

DATED July 11, 2013.

_____
**UNITED STATES DISTRICT JUDGE**