# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VAL DAY, *et al.*,

        Plaintiffs,

vs.

FORMAN AUTOMOTIVE GROUP, *et al.*,

        Defendants.

Case No.  2:12-cv-00577-JCM-CWH

**ORDER**

       This matter is before the Court on Plaintiffs' Motion to Supplement Deposition Excerpts with the Court Reporters Certification Pages Pursuant to Fed. R. Civ. P. 60 (#55), filed on August 8, 2013.  Defendants failed to submit a response.  Pursuant to Local Rule 7-2, Defendants' failure to submit an opposition constitutes consent to granting of the motion.

       Plaintiffs request that the Court allow them to supplement seven deposition transcripts included as exhibits in Response #43, Response #44, and Response #45 with the court reporter's signature pages, which counsel inadvertently failed to include initially.  In doing so, Plaintiff cite Fed. R. Civ. P. 60 that allows the court to correct a mistake arising from an oversight or omission in a part of the record.  Defendants failed to file any points and authorities in response.  Therefore, the Court finds that Plaintiffs demonstrated that the exclusion of the court reporter's certification pages is excusable under Rule 60(b)(1) and will grant Plaintiffs' request.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Supplement Deposition Excerpts with the Court Reporters Certification Pages Pursuant to Fed. R. Civ. P. 60 (#55) is **granted**.

       DATED this 4th day of September, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**