Pamela A. McKay (SBN 7812)
Robert T. Robbins (SBN 6109)
**MCKAY ROBBINS**
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Phone: 702-835-6956
Fax: 702- 835-6957

Attorneys for Defendant
FORMAN AUTOMOTIVE, INC.
d/b/a UNITED NISSAN erroneously sued
as FORMAN AUTOMOTIVE GROUP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| VAL DAY, JOHN RICHARDS and LANCE CARR,<br><br>Plaintiff,<br><br>vs.<br><br>FORMAN AUTOMOTIVE GROUP, a Nevada Corporation, d/b/a UNITED NISSAN, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00577-JCM-CWH<br><br><u>STIPULATION AND ORDER THEREON TO CONTINUE CALENDAR CALL AND TRIAL</u> |

Defendant, FORMAN AUTOMOTIVE, INC. d/b/a UNITED NISSAN, erroneously sued as FORMAN AUTOMOTIVE GROUP, and Plaintiff, VAL DAY, by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, the above-referenced action was scheduled for Calendar Call on April 8, 2015, and Trial on April 13, 2015;

WHEREAS, the parties appeared on April 8, 2015, for Calendar Call;

WHEREAS, the defendant requested and the plaintiff agreed to a continuance and the court instructed the parties to submit a stipulation and proposed order thereon to a new date for Calendar Call and Trial;

WHEREAS, the parties conferred and agreed that the new date for Trial shall be not sooner than forty-five (45) days from the date of this stipulation and order.

1

WHEREAS, the parties agree that all previously served subpoenas for witnesses to appear at trial are hereby continued, and said witnesses are hereby ordered to appear at time of trial without any further process or order of this Court.

**IT IS SO STIPULATED.**

DATE: April 24, 2015

| **MCKAY ROBBINS** | **LAW OFFICE OF SCOTT B. OLIFANT** |
|---|---|
| /s/ *Robert T. Robbins* | /s/ *Scott Olifant* |
| By: _____ | By: _____ |
| ROBERT T. ROBBINS (SBN 6109) | SCOTT B. OLIFANT (SBN 7471) |
| 3295 N. Fort Apache Rd. #150 | 5520 Sharpsburg Avenue |
| Las Vegas, NV 89129 | Las Vegas, NV 89141 |
| Attorneys for Defendant, | Attorneys for Plaintiff, VAL DAY |
| FORMAN AUTOMOTIVE, INC. | |

**IT IS SO ORDERED THAT**

Calendar call shall be held on June 10, 2015 at 1:30 PM. Trial is continued to June 15, 2015 at 9:00 AM.

DATED: April 24, 2015

_____
UNITED STATES DISTRICT JUDGE