Pamela A. McKay (SBN 007812)
MCKAY ROBBINS
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
T: (702) 835-6956
F: (702) 835-6957
pmckay@mckayrobbins.com

Attorneys for Defendant
FORMAN AUTOMOTIVE, INC. d/b/a UNITED NISSAN
Erroneously Sued as FORMAN AUTOMOTIVE GROUP

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VAL DAY,<br><br>  Plaintiff,<br><br>vs.<br><br>FORMAN AUTOMOTIVE GROUP, a Nevada Corporation, d/b/a UNITED NISSAN, and DOES 1 through 25, inclusive,<br><br>  Defendants. | CASE NO. 2:12-cv-00577-JCM-CWH |

JUDGMENT IN A CIVIL ACTION

This action came before the Court for trial by jury, Judge James C. Mahan presiding. The issues have been tried and the jury has rendered its verdict in favor of defendant FORMAN AUTOMOTIVE, INC. d/b/a UNITED NISSAN, erroneously sued as FORMAN AUTOMOTIVE GROUP.

IT IS ORDERED AND ADJUDGED that plaintiff VAL DAY recover nothing, the action be dismissed on the merits, and judgment is entered in favor of defendant FORMAN AUTOMOTIVE, INC. d/b/a UNITED NISSAN and against plaintiff VAL DAY.

DATED: July 27, 2015                                   _____
                                                                          UNITED STATES DISTRICT JUDGE

1