Pamela A. McKay (SBN 7812)
Robert T. Robbins (SBN 6109)
**MCKAY ROBBINS**
9320 Sun City Blvd. Suite 104
Las Vegas, NV 89134
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckayrobbins.com
rrobbins@mckayrobbins.com

Attorneys for Defendant
FORMAN AUTOMOTIVE, INC.
d/b/a UNITED NISSAN erroneously sued
as FORMAN AUTOMOTIVE GROUP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| VAL DAY, JOHN RICHARDS and LANCE CARR | CASE NO. 2:12-cv-00577-JCM-CWH |
| Plaintiff, | |
| vs. | |
| FORMAN AUTOMOTIVE GROUP, a Nevada Corporation, d/b/a UNITED NISSAN, and DOES 1 through 25, inclusive, | |
| Defendants. | |

AMENDED JUDGMENT IN A CIVIL ACTION

This action came before the Court for trial by jury, Judge James C. Mahan, presiding. The issues have been tried and the jury has rendered its verdict in favor of defendant FOLSOM AUTOMOTIVE, INC. d/b/a UNITED NISSAN, erroneously sued as FORMAN AUTOMOTIVE GROUP.

/ / /

/ / /

/ / /

/ / /

IT IS ORDERED AND ADJUDGED that plaintiff VAL DAY recover nothing, the action be dismissed on the merits, and judgment be entered in favor of defendant FORMAN AUTOMOTIVE, INC. d/b/a UNITED NISSAN with an award of costs in the amount of $9,644.19 against plaintiff VAL DAY.

DATED: October 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

2